McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant United States Attorney
Federal Building, Room 3654
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7272

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gurpreet Kaur et al., )<br><br>  Petitioners, )<br><br>  v. )<br><br>Michael Chertoff, et al., )<br><br>  Respondents. )<br>_____ ) | 1: 05 CV 0215 REC DLB<br><br>**STIPULATION RE :**<br>**RESPONDENTS' ANSWER**<br>**AND ORDER** |

On September 30, 2005, the petitioners Gurpreet Kaur et al., through their attorneys James M. Makasian, and Steve Simonian, served a Complaint on the respondents, Michael Chertoff et al., requesting that the court adjudicate their naturalization applications.   The respondents Answer to the Complaint is due on November 29, 2005.   The parties through undersigned counsel, hereby stipulate that the respondents' Answer can be filed by January 30, 2006.  Good cause exits for this stipulation because the respondents are working to adjudicate the petitioners' applications for citizenship and the matter may be resolved if given the extra time.  If the issue is not resolved, the parties stipulate that the respondents will file an Answer on the date above and that the Joint Scheduling Conference Report will be filed on February 7, 2006.  The

Scheduling Conference is currently scheduled for February 14, 2006, at 8 :45 am.[1]


Dated: November 29, 2005                    Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney
                                    By:     /s/ Marianne A. Pansa
                                            Marianne A. Pansa
                                            Assistant U.S. Attorney
                                            Attorneys for the Respondents



                                    By:     /s/ James M. Makasian
                                            James M. Makasian
                                            Attorney for the Petitioners


        Pursuant to this Joint Stipulation and for the reasons stated therein, **IT IS HEREBY**

**ORDERED** that the respondents' Answer is due on January 30, 2006.  The Joint Scheduling

Conference Report is due on February 7, 2006.

        IT IS SO ORDERED.

    **Dated:    November 30, 2005**              _____**/s/ Dennis L. Beck**_____
3b142a                                      UNITED STATES MAGISTRATE JUDGE

---

    [1] The court changed the scheduling conference which was initially set for December 15, 2005 to February 14, 2006.