McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GURPREET KAUR, et al., | ) | CV 05-F-1215 REC DLB |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION RE:** |
| Michael Chertoff, et al. | ) | **RESPONDENTS' ANSWER AND** |
| | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

On November 30, 2005, respondents filed a Joint Stipulation setting the date for the filing of respondents' answer on January 30, 2006. In that Joint Stipulation, respondents indicated that Citizenship and Immigration Services was working to adjudicate the applications for citizenship and that the matter may be resolved if given the extra time. Since the filing of that Joint Stipulation, petitioners' name checks have been cleared by the FBI, and all that remains before petitioners' naturalization applications can be favorably adjudicated is a re-submission of fingerprint data and the oath ceremony. The government expects this process to be complete by March 6, 2006. Accordingly, the parties stipulate that the time for filing the government's answer be extended to

March 6, 2006, and that the Joint Scheduling Conference Report will be filed by March 13, 2006. The Scheduling Conference, if necessary, will be reset from February 14, 2006, to a date after March 6, 2006.

Dated: January 30, 2006   Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney


By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Respondents


By: /s/ James Makasian
James M. Makasian
Attorney for the Petitioners


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the respondent's Answer is due on March 6, 2006, and the Joint Scheduling Conference Report is due on March 13, 2006.

IT IS SO ORDERED.

Dated:   **January 31, 2006**        **/s/ Dennis L. Beck**
3b142a   UNITED STATES MAGISTRATE JUDGE