JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGJEET SINGH; GURPREET KAUR  <br><br>Plaintiff,  <br><br>v.  <br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EDUARDO AGUIRRE, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services  <br><br>Defendants. | CIVIL No. CV 05-F-1215 REC DLB  <br><br>NOTICE OF DISMISSAL BY PLAINTIFFS  <br><br>Rule 41(a)(1)  <br><br>CIS No.: A 47069 314  <br>          A 47069 313 |

PLEASE TAKE NOTICE:

The above-entitled action is hereby dismissed by the plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.


Dated: March 10, 2006                                   _____
                                                        JAMES M. MAKASIAN
                                                        Attorney for Plaintiffs

1

1   It is so ordered.
2
3   Dated: _____March 15, 2006_                __/s/ ROBERT E. COYLE_____
                                                Sr. JUDGE ROBERT E. COYLE